UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 15-8-DLB**

**PRESTON L. RITTER**                                                                          **PLAINTIFF**

v.        **ORDER ADOPTING REPORT AND RECOMMENDATIONS**

**LADONNA THOMPSON, ET AL.**                                                      **DEFENDANTS**

* * * *   * * * *   * * * *   * * * *

This matter is before the Court upon the March 1, 2016 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, (Doc. # 30), wherein he recommends that the Court dismiss all claims against Deputy Wendling in the Original Complaint and in the "Complaint Under Bivens Action" (Doc. # 29), and dismiss the "Complaint Under Bivens Action" in its entirety.  No objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration.[1]  The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Report and Recommendation (Doc. # 30) is hereby **adopted** as the findings of facts and conclusions of law of the Court;

---

1    On March 9, 2016, Plaintiff Preston Ritter filed another document entitled "Complaint Under Bivens Action," wherein he states "New Motions 3-8-16" and then lists no less than seventeen (17) random statutes, rules, and docket entries. (Doc. # 31).  However, the Court cannot make heads-or-tails of this filing and, even liberally construed, it cannot reasonably be construed as objections to the R&R.

(2)  Plaintiff's claims against Defendant Wendling are **dismissed with prejudice**;

(3)  Plaintiff's "Complaint Under Bivens Action" (Doc. # 29) is **dismissed**; and

(4)  This action is **stricken from the Court's active docket**.

This 19th day of April, 2016.



Signed By:
David L. Bunning
United States District Judge

C:\Users\david bunning\AppData\Local\Temp\notes197807\15-8 Order adopting R&R.wpd